MICHAEL J. HEYMAN
United States Attorney

MAC CAILLE PETURSSON
MICHELLE DELGADO
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Emails: mac.caille.petursson@usdoj.gov
        michelle.delgado@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        v.<br><br>AUGUST FREDERICK SEABREASE,<br><br>              Defendant. | No.  3:26-cr-00044-SLG-MMS<br><br>COUNT 1:<br>SEXUAL EXPLOITATION OF A CHILD – PRODUCTION OF CHILD PORNOGRAPHY<br>  Vio. of 18 U.S.C. § 2251(a), (e)<br><br>COUNT 2:<br>RECEIPT OF CHILD PORNOGRAPHY<br>  Vio. of 18 U.S.C. § 2252A(a)(2)(B), (b)(1)<br><br>COUNT 3:<br>POSSESSION OF CHILD PORNOGRAPHY<br>  Vio. of 18 U.S.C. § 2252A(a)(5)(B), (b)(2) |

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

Between an exact date unknown to the Grand Jury, and on or about August 30, 2025, within the District of Alaska, the defendant, AUGUST FREDERICK SEABREASE, did employ, use, persuade, induce, entice, and coerce a minor, and attempt to do so, with the intent that such minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce; was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and was transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce.

All of which is in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 2

Between an exact date unknown to the Grand Jury, and on or about August 30, 2025, within in the District of Alaska and elsewhere, the defendant, AUGUST FREDERICK SEABREASE, did knowingly receive and attempt to receive any child pornography, as defined in 18 U.S.C. § 2256(8)(A) and (C), and any material that contained child

pornography, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All of which is in violation of 18 U.S.C. § 2252A(a)(2)(B) and (b)(1).

<u>COUNT 3</u>

Between an exact date unknown to the Grand Jury, and on or about August 30, 2025, within in the District of Alaska, the defendant, AUGUST FREDERICK SEABREASE, knowingly possessed and attempted to possess and knowingly accessed and attempted to access with intent to view material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A) and (C), which had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All of which is in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

<u>CRIMINAL FORFEITURE ALLEGATION</u>

The allegations contained in Counts 1-3 are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253(a).

Upon conviction of the offenses charged in Counts 1-3 of this Indictment, the defendant, AUGUST FREDERICK SEABREASE, shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a) any property, real or personal, used or intended to be used

to commit or to promote the commission of 18 U.S.C. § 2251(a), (e); 18 U.S.C. § 2252A(a)(2)(B), (b)(1); and 18 U.S.C. § 2252A(a)(5)(B), (b)(2), or any property traceable to such property, including but not limited to:

- Samsung Galaxy S25 Ultra.

All pursuant to 18 U.S.C. § 2253(a)(3), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Adam Alexander for
MAC CAILLE PETURSSON
Assistant U.S. Attorney
United States of America

s/ Thomas C. Bradley for
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE:      May 19, 2026